IN THE CIRCUIT/COUNTY COURT OF THE _____ JUDICIAL CIRCUIT
IN AND FOR _____ COUNTY, FLORIDA

CASE NO._____

_____
Plaintiff/Petitioner or In the Interest of
vs.

__MICHAEL
FERDERIGOS_____
_____ Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable up to 1 year in jail or up to $1,000 in fines, as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information provided on this application is true and accurate to the best of my knowledge**.

Signed on _____10-28-24_____ –___.

| | |
|---|---|
| 5-12-1977 | 0072 |
| Year of Birth | Last 4 digits of Driver License or ID Number |

/S/ LESLIE ANN FERDERIGOS
_____
Signature of Applicant for Indigent Status
Print Full Legal Name: ___LESLIE ANN FERDERIGOS "JANE DOE"___

Email address: ___LESLIEANNFERDERIGOS@GMAIL.COM___   Phone Number/s: ___407-919-3939___

10454 BIRCH TREE LANE WINDERMERE FL 34786
_____
Address: Street, City, State, Zip Code

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have __3__ dependents.** *(Do not include children not living at home and do not include a working spouse or yourself.)*

2. **My take home pay is $_____** paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other _____.
   *Include cash payments. Include only your "net" pay. Your take home pay (net income) is your total salary and wages minus deductions required by law, including court-ordered support payments.*

3. **I have other income** paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other __N/A_____.
   *(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

Social Security benefits ..........☐Yes $_____ ☒No   Workers compensation ...................☐Yes $_____ ☒No
Unemployment compensation ☐Yes $_____ ☒No   Regular support from
Union payments.....................☐Yes $_____ ☒No     absent family members..................☐Yes $_____ ☒No
Retirement/pensions...............☐Yes $_____ ☒No   Rental income .................................☐Yes $_____ ☒☒No
Trusts ....................................☐Yes $_____ ☒No   Dividends or interest ........................☐Yes $_____ ☒☒No
Veterans' benefits ..................☐Yes $_____ ☒No   Other kinds of income not on the list .☐Yes $_____ ☒No

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, <u>although I may agree to pay more if I choose to do so.</u>

4. **I have other assets:** *(Check "yes" and fill in the value of the property, otherwise check "No")*

Cash ......................................☐Yes $_____ ☒No   Bank/Savings account.........................☐Yes $_____ ☒No
Car/Motor Vehicle*.................☐Yes $_____ ☒No   Stocks/bonds/Certificates of Deposit ..☐Yes $_____ ☒No
Money market accounts..........☐Yes $_____ ☒No   Homestead real estate .......................☐Yes $ JOINT MARITAL HOME ☐No
Boats/other tangible property* ☐Yes $_____ ☒No   Non-homestead real estate*...............☐Yes $_____ ☒No
  *show loans on these assets in paragraph 5   Other assets*.....................................☐Yes $_____ ☒No

**Check one:** I ☐ DO/ ☒ DO NOT expect to receive more assets in the near future. The asset and value is _____NONE_____.

5. **I have total liabilities and debts in the amount of $___ _____.** I have loan balances on assets in paragraph 4:
   Car/Motor Vehicle $_____o_____; Homestead $_____; Non-homestead real estate $_____o_____; Boat $_____o_____;
   Other tangible property (identify here) _____o_____ and loan balance $ _____

------------------------------------------------------------

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____, 20 ____.

_____
Clerk of the Circuit Court
By _____, Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.** THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision _____

Updated 4/7/2021