**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SEACOAST NATIONAL BANK,**

        **Plaintiff,**

**v.**                             **Case No: 6:24-cv-1944-PGB-RMN**

**MICHAEL FERDERIGOS,**
**LESLIE A. FERDERIGOS,**
**WINDERMERE DOWNS**
**COMMUNITY ASSOCIATION,**
**INC., UNKNOWN TENANTS,**

        **Defendants.**
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Defendant Leslie Ferderigos has failed to comply with the Court's Order of October 30, 2024, directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons. (Doc. 5). Additionally, Defendant Michael Ferderigos has failed to comply with the Court's Order of November 18, 2024, directing Defendant to file a signed disclosure statement within fourteen days. (Doc. 20).

Therefore, it is **ORDERED** that Defendants Leslie Ferderigos and Michael Ferderigos shall **SHOW CAUSE** and file a response to said Orders within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on December 17, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties