**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SEACOST NATIONAL BANK,**

      **Plaintiff,**

**v.**                                  **Case No: 6:24-cv-1944-PGB-RMN**

**MICHAEL FERDERIGOS,**
**LESLIE A. FERDERIGOS,**
**WINDERMERE DOWNS**
**COMMUNITY ASSOCIATION,**
**INC. and UNKNOWN**
**TENANT(S),**

      **Defendant.**

_____/

## <u>ORDER TO SHOW CAUSE</u>

This case is before the Court upon review of the file. The parties have failed to file a Case Management Report within the time required by Local Rule 3.02(b).[1] The parties are hereby **DIRECTED** to file a written response within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.02(b). Failure to respond to this Order may result in dismissal of this action or the imposition of other appropriate sanctions without further notice from the Court.

---

[1] The Court acknowledges Plaintiff's indication that it previously attempted to confer with Defendants in order to file the required joint case management report. (*See* Doc. 26, p. 1). However, if Plaintiff is unable to reach Defendants upon further attempts, Plaintiff shall file a Notice of such with the Court in response to this Order to Show Cause, delineating its efforts to contact Defendants.

**DONE AND ORDERED** in Orlando, Florida on January 13, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record