**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **SEACOAST NATIONAL BANK** *Plaintiff,* | Case No. 6:24-cv-01944 |

v

**MICHAEL FERDERIGOS,
LESLIE A. FERDERIGOS,**
*Defendant(s)*

**LESLIE A. FERDERIGOS**, and
**MICHAEL FERDERIGOS**
*Counter Plaintiff(s)*

V

**SEACOAST NATIONAL
BANK,**
*Counter Defendant(s)*

---

DEFENDANT'S COUNTER PLAINTIFF'S RESPONSE TO JANUARY 13, 2025, ORDER

TO SHOW CAUSE

Defendant's Counter Plaintiff's Leslie Ferderigos and Michael Ferderigos herby responds to Courts January 13, 2025 order directing parties to file response. Defendant's Counter Plaintiff's Leslie Ferderigos and Michael Ferderigos was first only in receipt by mail of the January 13, 2025 Order to Show Cause and has complied by filing required form Defendant Michael Ferderigos signed Disclosure

statement, Leslie Ferderigos Notice of pendency of Actions and Certificate of Interested Persons.

After first receiving their first Order to Show Cause dated January 13, 2014 has filed their Defendant's Counter Plaintiff's Leslie Ferderigos and Michael Ferderigos was first only in receipt by mail of the January 13, 2025 Order to Show Cause and has complied by filing required form Defendant Michael Ferderigos signed Disclosure statement, Leslie Ferderigos Notice of pendency of Actions and Certificate of Interested Persons and has filed their Joint case management report.

Defendant's Counter Plaintiff's Leslie Ferderigos and Michael Ferderigos ask this court not to dismiss the aforementioned case since their first order to show caused dated January 13, 2025 was received and complied within the 14 days.

Date: January 27, 2025

Respectfully submitted,
**/s/ Michael Ferderigos**
FL Bar# 604011
Self Representing
10454 Birch Tree Lane
Windermere, Florida 34786
Michael@CivilEstateLaw.com
407-592-0035
 Respectfully submitted,
**/s/ Leslie Ferderigos**
Self Representing
Retired Attorney

10454 Birch Tree Lane
Windermere, Florida 34786
Leslie@CivilEstateLaw.com
407-919-3939