**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**SEACOAST NATIONAL BANK,**

        **Plaintiff,**

**v.**                         **Case No: 6:24-cv-1944-PGB-RMN**

**MICHAEL FERDERIGOS,
LESLIE A. FERDERIGOS,
WINDERMERE DOWNS
COMMUNITY ASSOCIATION,
INC., and UNKNOWN
TENANT(S),**

        **Defendants.**
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Remand. (Doc. 8 (the "**Motion to Remand**")). Magistrate Judge Robert M. Norway submitted a Report recommending that the Court grant in part and deny in part the Motion to Remand. (Doc. 47 (the "**Report and Recommendation**")). No party has filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation, filed February 26, 2025 (Doc. 47), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Motion to Remand (Doc. 8) is **GRANTED IN PART AND DENIED IN PART**.

    a.  This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida for further proceedings.

    b.  The Clerk of Court is **DIRECTED** to send a certified copy of this Order to the Clerk of Court for the Ninth Judicial Circuit, in and for Orange County, Florida.

    c.  Plaintiff's request for fees is **DENIED**.

3.  The remaining pending motions (Docs. 2, 17, 21, 25), which may be refiled in state court if appropriate, are **DENIED WITHOUT PREJUDICE**.

4.  The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 19, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties